IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JIMROZE CORP., et al, | : | |
| Plaintiffs, | : | |
| v. | : | |
| CITY OF MILTON, GEORGIA, | : | CIVIL ACTION NO. 1:24-cv-2538-AT |
| Defendant. | : | |

**ORDER**

The Court has been advised that the parties have reached a settlement and that a stipulation of dismissal is forthcoming.

As no matters remain pending before the Court, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action. The parties are directed to file a stipulation of dismissal within **NINETY (90) DAYS** of the entry date of this Order. Should settlement not be consummated by that time, the Parties may move to reopen this action.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary. If neither a stipulation of dismissal nor a motion to re-open the case is filed within the ninety days, this action will be dismissed with prejudice.

**SO ORDERED** this 4th day of June, 2025.

**Amy Totenberg**
**United States District Judge**